DANIEL G. BOGDEN
United States Attorney
Nevada State Bar # 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar #1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CV-840-~~RLH~~ (MMD) |
| THE REAL PROPERTY KNOWN AS 8725 ROBINSON RIDGE DRIVE, LAS VEGAS, NEVADA, ASSESSOR PARCEL NUMBER 163-05-611-026, ALTERNATE ASSESSOR PARCEL NUMBER 440-56F-013, | ) |
| Defendant. | ) |

**MOTION FOR AN ORDER TO UNSEAL AND TO LIFT THE STAY AND FOR SERVICE OF PROCESS**

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this Honorable Court for an Order to unseal and to lift the stay in the above-captioned case.

The basis for lifting the stay is that the case has settled and the criminal cases are resolved. The stay and seal must be lifted so that Service of Process may be completed.

. . .

. . .

. . .

The United States further moves the Court for sixty days from the time the signed Order is received by the United States Attorney's Office to complete the service of process in this action.

DATED this 31st day of May, 2012.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2012